IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN INGRAHAM, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1419 |
| | ) Chief Judge Donetta W. Ambrose |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) Magistrate Judge Lisa Pupo Lenihan |
| Defendant. | ) |

## **MEMORANDUM ORDER**

Plaintiff's Complaint was received by the Clerk of Court and was subsequently referred to United States Magistrate Judge Lisa Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges

The December 9, 2008 Report and Recommendation recommended that the Defendants' Motions for Summary Judgment be granted as to Plaintiff's claims of bad faith, but denied as to the remainder of his Complaint, *e.g.*, claims that Defendant breached its contractual obligations. Objections were filed by the Plaintiff on December 15th, with Defendants' Response filed on December 22nd.

After review of the pleadings in this case, together with the Report and Recommendation, this Court directs as follows:

AND NOW, therefore, this 7th day of January, 2009:

**IT IS HEREBY ORDERED** that the aforesaid Defendants' Motions for Summary Judgment be granted as to Plaintiff's claims of bad faith, but denied as to the remainder of the Complaint..

**IT IS FURTHER ORDERED** that the Report and Recommendations of Magistrate Judge Lenihan are adopted as the Opinion of the Court.

Donetta W. Ambrose
United States District Chief Judge